**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**JAMES JOHNSON** **PLAINTIFF**
***ADC #119251***

**v.** **No: 3:26-cv-00219-BSM-PSH**

**DALE COOK, *et al.*** **DEFENDANTS**

**ORDER**

Plaintiff James Johnson, an inmate at the Arkansas Division of Correction (ADC), filed a *pro se* complaint pursuant to 42 U.S.C. § 1983 (Doc. No. 2). Johnson was subsequently granted *in forma pauperis* status and directed to file an amended complaint to clarify his claims (Doc. No. 7). He has since filed an amended complaint (Doc. No. 8-1).

Before docketing the complaint, or as soon thereafter as practicable, the Court must review the complaint to identify cognizable claims or dismiss the complaint if it: (1) is frivolous or malicious; (2) fails to state a claim upon which relief may be granted; or (3) seeks monetary relief against a defendant who is immune from such relief. *See* 28 U.S.C. § 1915A.

Johnson alleges that he was subjected to unconstitutional conditions of confinement at the Mississippi County Jail. Doc. No. 8-1 at 4-6. Having carefully

and liberally[1] construed Johnson's amended complaint, the Court finds that he describes actionable claims against Sheriff Dale Cook, Captain McCullum, and Administrator Haley Hooten (the "County Defendants"). The Court will recommend dismissal of Bowers' unrelated claims against Nurse Brian (Doe) by separate recommendation.

The Clerk of the Court shall prepare a summonses for the County Defendants. The United States Marshal is hereby directed to serve a copy of the amended complaint (Doc. No. 8-1) and a summons on each of these defendants without prepayment of fees and costs or security therefor. Service should be attempted on the County Defendants through Sheriff's Cook office.

IT IS SO ORDERED this 29th day of October, 2026.

UNITED STATES MAGISTRATE JUDGE

[1] *See Stone v. Harry*, 364 F.3d 912, 915 (8th Cir. 2004) ("When we say that a pro se complaint should be given liberal construction, we mean that if the essence of an allegation is discernible, even though it is not pleaded with legal nicety, then the district court should construe the complaint in a way that permits the layperson's claim to be considered within the proper legal framework.").